SEPTEMBER 9, 1990

No. A–192.  COLEMAN *v.* OKLAHOMA PARDON AND PAROLE BOARD ET AL.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this application.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

No. 90–5669 (A–191).  COLEMAN *v.* SAFFLE, WARDEN.  C. A. 10th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this application and this petition.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.